```
DAVID R. BENCE
 ATTORNEY AT LAW
   drbence@aol.com
21515 Hawthorne Blvd., Suite 820
Torrance, California 90503
PHONE: (310)543-4623
 FAX:  (310)540-3309

CA STATE BAR #60557

Attorney for Plaintiff
Lifting Solutions USA, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFTING SOLUTIONS USA INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOGIC DYNAMICS USA INC., et ) <br> al., ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. 2:12-cv-09489-SVW-MAN <br><br> HON. STEPHEN V. WILSON <br><br> NOTICE OF DISMISSAL <br><br> [F.R.C.P. 41(a)] |

TO THIS HONORABLE COURT AND ALL INTERESTED PARTIES:

   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lifting Solutions USA, Inc. hereby voluntarily dismisses this action.

```
DATED: January 4, 2013            ___/s/_____
                                  DAVID R. BENCE
                                  Attorney for Plaintiff
                                  Lifting Solutions USA, Inc.
```